February 27, 2023

Honorable Philip M. Halpern
The Honorable Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re: *Tarrin Davis v. Metro-North Railroad Company*, C.A. No. 7:22-cv-05841-PMH

Dear Judge Halpern:

    Cahill & Perry, P.C. represents the plaintiff and submits this letter in response to the Court's February 21, 2023 Order [Doc. 22]. The plaintiff seeks Court intervention on the following issues: a proper certification page, and Requests 31, 32, 33, and 24.

    The plaintiff seeks an order [compelling defendant to] provide a proper certification to its [responses signed] "under oath" or signed under "pain[s and penalties of perjury." See] Ex. C to its February 21, 2023 Lett[er, Doc. 21-3. The] certification merely states that "the [responses are true"; it does not state that] it is "under oath" or signed under p[ains and penalties of perjury. See] *Dignean*, 332 F.R.D. 450, 458 (W.[D.N.Y. 2019) (responses must be] sworn to before a notary public or c[ontain language in the] certification to indicate that it is "tru[e under penalty of perjury.").]

    With respect to **Requests 3[1 and 32, defendant states that] any responsive documents are bei[ng produced. See Def.'s Ex.] D, pp. 2-3 (Def.'s Second Supplem[ental Response). The] plaintiff seeks a Court Order compe[lling production of documents] unless defendant represents that n[o documents are withheld on the basis of] objections. *See e.g. Id.*, Response[s to Requests 31 and 32] (indicating, as required by Rule 34, that "defendant is not currently withholding documents on the basis of objections.").

> A conference has been scheduled for March 28, 2023 at 11:30 a.m. concerning the matters raised in plaintiff's letter dated February 27, 2023 (Doc. 23). The conference will be held in person in Courtroom 520 of the White Plains courthouse. The parties are directed to meet and confer by March 14, 2023 concerning these matters and shall endeavor to resolve their discovery disputes without the Court's intervention. The parties shall advise the Court by letter if the issues raised herein have been resolved prior to the scheduled conference. The Clerk of Court is respectfully directed to terminate the pending letter-motions (Docs. 19, 23).
>
> SO ORDERED.
>
> /s/ Philip M. Halpern
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         February 28, 2023

    The plaintiff seeks to compel MN to produce its contract with MetLife per **Request 33**: "MN and MetLife [Contract] for Supplemental Sickness Benefits in effect from 2019 to the present." MetLife provides supplemental sickness benefits (sick-pay) to MN employees who miss work due to an injury. MN is asserting a lien on any recovery by the plaintiff for funds MetLife provided the plaintiff. *See* App. B (Email from MN Claim Agent Jon Gibbs asserting MetLife Lien). MN produced a provision of the Collective Bargaining Agreement ("CBA") [Doc. 21-4 pp. 11-13] and did not produce the contract with MetLife. The CBA's reference to a right to set-off "Health and Welfare" benefits refers to on the job injury <u>medical</u> payments made by MN. The CBA does not allow or permit a "set-off" for Supplemental Sickness Payments made by MetLife. *See* Def.'s Ex. D, Doc. 21-4, p. 12, Sec. 11-G-1; *Torres v. Metro North*, 2023 WL 2088174 at 2, 1:20-CV-10782 (LJL) (Feb. 17, 2023 S.D.N.Y.) (attached hereto at App. C.) (holding

MN has no right to set-off sick leave pay from FELA liability). The plaintiff seeks to compel MN to produce the contract with MetLife to assess whether MN or MetLife have a valid lien on plaintiff's MetLife Supplemental Sickness Benefits from her FELA recovery.

The plaintiff also seeks an order compelling MN to produce responsive documents to **Request 24**.

We thank the Court for its consideration of this request.

Respectfully submitted,<br>
/s/ *Scott E. Perry*<br>
Scott E. Perry

Cc: Patricia Hines, Esq. (Via ECF)
Philip DiBerardino, Jr., Esq. (Via ECF)